**Motion Granted; Order filed December 6, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00473-CV

———————

**PRIORITY ARTIFICIAL LIFT SERVICES, LLC AND EP ENERGY E&P COMPANY, L.P., Appellants**

**V.**

**MICHAEL CHILES, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-13626**

---

## ORDER

Appellant has filed an unopposed motion to extend time to file its brief, thus altering the briefing schedule. The motion is GRANTED. We order:

- The opening brief of Priority Artificial Lift Services is due December 30, 2022, with a word limit of 15,000;

- The opening brief of EP Energy E&P Company is due December 30, 2022, with a word limit of 15,000;

- Chiles' response to Priority Artificial Lift Services and cross-appellant

brief is due January 30, 2023, with a word limit of 18,000;

- Chiles' response to EP Energy E&P and cross-appellant brief is due January 30, 2023, with a word limit of 18,000;

- Priority Artificial Lift Services' combined reply brief and response to cross-points is due February 21, 2023, with a word limit of 10,500;

- EP Energy E&P Company's combined reply brief and response to cross-points is due February 21, 2023, with a word limit of 10,500;

- Chiles' reply brief against Priority Artificial Lift Services is due March 13, 2023, with a word limit of 3,000; and

- Chiles' reply brief against EP Energy E&P Company is due March 13, 2023, with a word limit of 3,000.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Bourliot and Wilson.